**MEMORANDUM ENDORSED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
MARIA ALTAGRACIA SANTIAGO RODRIGUEZ, individually and on behalf of others similarly situated,

        *Plaintiff,*

    -against-

NUEVO SHALON RESTAURANT CORP. (D/B/A RESTAURANT SHALON), EL MISMO SHALON RESTAURANT CORP. (d/b/a MI SHALON RESTAURANT), LALILA HERNANDEZ, FATIMA HERNANDEZ, and MATEO HERNANDEZ,

        *Defendants,*
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/15/2026

25-cv-03470-GHW

**STIPULATION**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for Plaintiff and Defendants that:

1. The caption of this action shall be amended to the following:

--------------------------------------------------------X
MARIA ALTAGRACIA SANTIAGO RODRIGUEZ, individually and on behalf of others similarly situated,

        *Plaintiff,*

    -against-

NUEVO SHALON RESTAURANT CORP. (D/B/A RESTAURANT SHALON), EL MISMO SHALON RESTAURANT CORP. (d/b/a MI SHALON RESTAURANT), CONFESORA ABREU, FATIMA HERNANDEZ, and MATEO DE LA ROSA,

        *Defendants,*
--------------------------------------------------------X

25-cv-03470-GHW

2. All allegations of the Complaint against "Lalila Hernandez" shall be deemed to be against Confesora Abreu.

3. All responses in the answer attributed to Lalila Hernandez are deemed made by Confesora Abreu.

4. All allegations of the Complaint against "Mateo Hernandez" shall be deemed to be against Mateo De La Rosa.

5. All responses in the answer attributed to "Mateo Hernandez" shall be deemed to be against Mateo De La Rosa.

By: _____/s/_____
    Jesse S. Barton, Esq.
    Michael Faillace & Associates P.C.
    60 East 42nd Street Suite 4510
    New York, New York 10165
    (212) 317-1200

    *Attorneys for Plaintiffs*

Dated: January 13, 2026

By: _____/s/_____
    Jason Mizrahi, Esq.
    Levin-Epstein & Associates, P.C.
    420 Lexington Avenue, Suite 2458
    New York, NY 10170
    Office: (212) 792-0048

    *Attorneys for Defendants*

Dated: January 13, 2026

The Clerk of Court is directed to remove the names "Lalila Hernandez" and "Mateo Hernandez" from the caption of this case and add the names "Confesora Abreu" and "Mateo De La Rosa" to the caption of this case as Defendants.

SO ORDERED
Dated: January 15, 2026
New York, New York

_____
HON. GREGORY H. WOODS, U.S.D.J.