# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792-0048 • E: Jason@levinepstein.com

**MEMORANDUM ENDORSED**

June 25, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/25/2026_

***Via Electronic Filing***
The Hon. Gregory H. Woods, U.S.D.J.
U.S District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Re:    *Santiago Rodriguez v. Nuevo Shalon Restaurant Corp. (d/b/a Restaurant Shalon) et al*
> Case No.: 1:25-cv-03470-GHW

Dear Honorable Judge Woods:

This law firm represents Defendant Nuevo Shalon Restaurant Corp.(d/b/a Restaurant Shalon), El Mismo Shalon Restaurant Corp. (d/b/a Mi Shalon Reseataurant), Confesora Abreu (incorrectly sued herein as Lalila Hernandez), Fatima Hernandez, and Mateo De La Rosa (incorrectly sued herein as Mateo Hernandez) in the above-referenced matter. This letter is filed jointly with counsel for Plaintiff Maria Altagracia Santiago Rodriguez (the "Plaintiff").

Pursuant to Your Honor's Individual Motion Practice Rules this letter respectfully serves to advise the Court that the parties have reached a settlement-in-principle in the above-referenced matter. Defendants will be submitting a Rule 68 Offer to Plaintiff, which Plaintiff will accept, pursuant to *Mei Xing Yu v. Hasaki Rest., Inc.,* 944 F.3d 395, 398 (2d Cir. 2019).

In light of the foregoing, the parties respectfully request that all further appearances and deadlines be adjourned, *sine die,* to allow the parties to file the necessary paperwork to effectuate the closure of the pending action.

The parties anticipate being in a position to file these materials on or before July 25, 2026.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

Application denied. As the Court advised the parties during the initial pretrial conference, settlement discussions do not stay case deadlines. All deadlines remain in full force and effect. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 45.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
     Jason Mizrahi, Esq.
     420 Lexington Avenue, Suite 2458
     New York, NY 10170
     Tel. No.: (212) 792-0048
     Email: Jason@levinepstein.com
     *Attorneys for Defendants*

SO ORDERED.
Dated: June 25, 2026
New York, New York            _____
                              GREGORY H. WOODS
                              United States District Judge

VIA ECF: All Counsel