UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

Maria Altagracia Santiago Rodriguez, *individually and on behalf of others similarly situated,*

                                           *Plaintiff,*

-against-

Nuevo Shalon Restaurant Corp. (d/b/a Restaurant Shalon), El Mismo Shalon Restaurant Corp. (d/b/a Mi Shalon Restaurant), Fatima Hernandez, Confesora Abreu and Mateo De La Rosa,

                                           *Defendants.*

---------------------------------------------------------------------X

Case No.: 25-cv-03470

**OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

To:   Michael Faillace & Associates, P.C.
       Attn.:  Jesse Barton
       One Grand Central Place
       60 East 42nd Street, Suite 4510
       Email: jbarton@faillacelaw.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Nuevo Shalon Restaurant Corp. (d/b/a Restaurant Shalon), El Mismo Shalon Restaurant Corp. (d/b/a Mi Shalon Restaurant), Fatima Hernandez, Confesora Abreu, and Mateo De La Rosa (collectively, the "Defendants"), hereby make this offer of judgment in favor of Plaintiff Maria Altagracia Santiago Rodriguez (the "Plaintiff"), and against Defendants in the above-captioned action in the total sum of Thirty Thousand Dollars and Zero Cents ($30,000.00) (the "Judgment Amount").

In the event that Defendants remit payment of Twenty Thousand Dollars and Zero Cents ($20,000.00) (the "Installment Payments"), as set forth below, there shall be no Judgment Amount due and owing:

1. Twenty-three (23) payments in the amount of Eight Hundred Thirty-Three Dollars and Thirty-Three Cents ($833.33), with the initial payment made payable within sixty (60) days of the entry of judgment in this action, and each subsequent payment payable in thirty (30) day installments, with the initial

installment payment made payable after Plaintiff's counsel's receipt of the initial payment;

2. A twenty-fourth installment payment in the amount of Eight Hundred Thirty-Three Dollars and Forty-One Cents ($833.41), made payable for thirty days after the twenty-third installment payment;

Withing sixty (60) days of the Court entering judgment against Defendants, Defendants shall deliver twenty-four (24) post-dated checks, in the amounts set forth above, to Plaintiff's counsel, made payable to: "Michael Faillace & Associates, P.C.", and delivered to: Michael Faillace & Associates, P.C. One Grand Central Place, 60 East 42nd Street, Suite 4510.

If Defendants fail to deliver the checks by the deadline as set forth above, or if any of the checks fail to clear Plaintiff's counsel's escrow account, Defendants will be in default. Plaintiff's counsel will send an email to Defendants' counsel at Jason@levinepstein.com and Joshua@levinepstein.com. Defendants will have seven (7) days to cure the default. If they do not cure, Plaintiff will be entitled to enforce the Judgment Amount against Defendants, less any amounts paid.

The total Judgment Amount is inclusive of all reasonable attorney's fees, costs, and expenses to date hereof, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants,

or any owner, employee, representative, or agent of the Defendant.

Acceptance of this offer of judgment will act to release and discharge Defendants, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the Defendants, in their respective capacity as such, from any and all claims that were or could have been alleged by Plaintiff.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

**[Remainder of Page Intentionally Blank]**

**[Signature Page to Follow]**

Date:   July 6, 2026
        New York, NY

**NUEVO SHALON RESTAURANT CORP. (D/B/A RESTAURANT SHALON)**

By: Confesora Abreu
Title: President

**EL MISMO SHALON RESTAURANT CORP. (D/B/A MI SHALON RESTAURANT)**

By: Fatima Hernandez
Title: President

**CONFESORA ABREU**

Confesora Abreu

**FATIMA HERNANDEZ**

Fatima Hernandez

**MATEO DE LA ROSA**

Mateo De La Rosa