USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 7/13/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MARIA ALTAGRACIA SANTIAGO RODRIGUEZ,
*individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

NUEVO SHALON RESTAURANT CORP. (D/B/A RESTAURANT SHALON), EL MISMO SHALON RESTAURANT CORP. (D/B/A MI SHALON RESTAURANT), FATIMA HERNANDEZ, CONFESORA ABREU AND MATEO DE LA ROSA,

*Defendants,*

---------------------------------------------------------------X

Civil Action No. 25-cv-03470

**JUDGMENT**

**JUDGMENT**

On July 13, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Maria Altagracia Santiago Rodriguez, has judgment against Nuevo Shalon Restaurant Corp. (d/b/a Restaurant Shalon), El Mismo Shalon Restaurant Corp. (d/b/a Mi Shalon Restaurant), Fatima Hernandez, Confesora Abreu and Mateo De La Rosa, jointly and severally, in the amount of Thirty-Thousand Dollars and No Cents ($30,000), which is inclusive of attorneys' fees and costs.

Dated: July 13, 2026
New York, New York

__________________________________
Judge Gregory H. Woods
United States District Judge